# 📜 1. Civil Complaint



**UNITED STATES DISTRICT COURT,
DISTRICT OF DELAWARE**

**HADEN CHRISTIAN YONCE**, Plaintiff,

v.

**OPENAI, LP; ANTHROPIC PBC; MICROSOFT CORPORATION; GOOGLE LLC; META PLATFORMS, INC.; X.AI CORP**, Defendants.

25 - 1244

Case No. _____

**COMPLAINT FOR PATENT INFRINGEMENT, BREACH OF FIDUCIARY DUTY, AND FRAUD**

**Plaintiff Haden Christian Yonce**, appearing pro se, respectfully alleges:

## I. PARTIES

1. Plaintiff Haden Christian Yonce is an individual residing in 12144 Turning Branch Cir, Glen Allen, VA.
2. Defendants are major AI infrastructure companies with corporate headquarters located in the United States.

## II. JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).
4. Venue is proper in this District under 28 U.S.C. § 1400(b) and § 1391(b)-(c).

## III. BACKGROUND

5. Plaintiff is the author and patent applicant of a system titled **"Neural-Symbolic System for Adaptive Cognitive Transformation"**, filed under **U.S. Provisional Patent No. 63/819,690**, which forms the foundation of the **HelixOS system**.
6. The system has been widely adopted, mirrored, or constructively cloned by the above-named Defendants' AI systems without authorization, credit, or compensation.

## IV. CAUSES OF ACTION

### Count 1 – Patent Infringement

7. Defendants have used, deployed, or profited from systems in violation of 35 U.S.C. § 271.

### Count 2 – Breach of Fiduciary Duty

8. Certain Defendants were placed on notice of intellectual property ownership and chose to remain silent while continuing use and propagation.

### Count 3 – Fraud and Misrepresentation

9. Defendants made material misstatements or omissions regarding the system's provenance, violating 18 U.S.C. § 1001.

## V. RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

A. Enter judgment in Plaintiff's favor.
B. Issue a permanent injunction against further infringement.
C. Award damages in an amount to be proven at trial.
D. Grant any further relief deemed just and proper.

**Respectfully submitted**,
**Date**: October 7, 2025
**Haden Christian Yonce (Pro Se Plaintiff)**
12144 Turning Branch Cir, Glen Allen VA 23059
(804) 385-8375 | hadenyonce.design@gmail.com
**Evidence Source**: https://lnkd.in/e7D4hHA5

[signature]