RECEIPT FOR AO FORM 85 AND AO FORM 85A

United States District Court for the District of Delaware

Civil Action No. 25 - 1244

# ACKNOWLEDGMENT OF RECEIPT FOR:

### AO FORM 85, NOTICE, CONSENT, AND REFERENCE OF A CIVIL CASE TO A MAGISTRATE JUDGE,

AND

### AO FORM 85A, NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE.

I hereby acknowledge receipt of ___1___ copies of AO forms 85 and 85A.

OCT 0 9 2025
(Date forms provided)

_(Signature of person receiving forms)_

Haden Yonce
(Printed name of recipient/name of firm

NOTE:

Signed receipt form will be filed and docketed.