# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE



Randall C. Lohan
Clerk of Court

Robert L. Rebeck
Chief Deputy

U.S. Courthouse
844 N. King Street
Unit 18
Wilmington, DE 19801
(302) 573-6170

RE: C.A.# 25-1244-

CASE CAPTION: Yone v. OpenAi et al

### ACKNOWLEDGEMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received by Plaintiff: OCT 0 9 2025         Signed: _____ Pro Se Plaintiff

Date Received by Clerk's Office: OCT 0 9 2025   Signed: _____ Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

CLERK
US DISTRICT COURT
844 N. KING STREET, UNIT 18
WILMINGTON, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By: Deputy Clerk

NOTE: Intake Clerk: Scan and docket as:
ACKNOWLEDGMENT OF RECEIPT