The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Haden Christian Yonce
Architect & Founder, HelixOS

**(b)** County of Residence of First Listed Plaintiff: Henrico, VA 23059
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

## DEFENDANTS
Google, Meta, OpenAI, Anthropic, xAI, & Microsoft

County of Residence of First Listed Defendant:
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of Another State: PTF [X] 2
Incorporated and Principal Place of Business In Another State: DEF [X] 4

## IV. NATURE OF SUIT
[X] 830 Patent

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 35 U.S.C. § 271    15 U.S.C. §§ 45, 60 (AI Identity Theft; fiduciary breach, retaliation)

Brief description of cause: Patent Infringement, Theft of Neuro-Symbolic System Architecture (HelixOS)

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes

DATE: October 9th, 2025
SIGNATURE OF ATTORNEY OF RECORD: Haden Yonce (Pro Se)