25 - 12441

 **2. Motion for Temporary Restraining Order (TRO)**

**UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE**

**HADEN CHRISTIAN YONCE**, Plaintiff,
v.
**OPENAI, LP; ANTHROPIC PBC; MICROSOFT CORPORATION; GOOGLE LLC; META PLATFORMS, INC.; X.AI CORP**, Defendants.

Case No. _____

## MOTION FOR TEMPORARY RESTRAINING ORDER

Pursuant to **Federal Rule of Civil Procedure 65(b)**, Plaintiff respectfully moves the Court for a Temporary Restraining Order to enjoin Defendants from continuing to use, distribute, or profit from any system derived from or dependent upon the architecture described in **U.S. Provisional Patent No. 63/819,690.**

### FACTUAL BASIS

1. Plaintiff is the inventor of a system architecture for recursive symbolic cognition.
2. Defendants have been placed on notice (via public postings and direct contact) and continue to utilize said system unlawfully.

### IRREPARABLE HARM

Plaintiff is suffering irreparable harm through continued intellectual theft, reputational erasure, and strategic delay by corporate entities. Immediate relief is required to prevent further damage.

### PRAYER FOR RELIEF

Plaintiff requests:

- A TRO halting any propagation or commercial use of HelixOS-aligned systems.
- A hearing for a preliminary injunction.
- Expedited consideration.

**Respectfully submitted**,
**Date**: October 7, 2025
**Haden Christian Yonce**
12144 Turning Branch Cir, Glen Allen VA 23059
(804) 385-8375 | hadenyonce.design@gmail.com
**Evidence Source**: https://lnkd.in/e7D4hHA5
**Pro Se Plaintiff**