## 📄 3. Motion for Electronic Filing

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE



HADEN CHRISTIAN YONCE,
Plaintiff,
v.
OPENAI, LP; ANTHROPIC PBC; MICROSOFT CORPORATION; GOOGLE LLC; META PLATFORMS, INC.; X.AI CORP, Defendants.

Case No. **25-1244**

### MOTION FOR PERMISSION TO ELECTRONICALLY FILE DOCUMENTS AS A PRO SE LITIGANT

Plaintiff Haden Christian Yonce, appearing pro se, respectfully moves this Court for leave to file documents electronically via the CM/ECF system.

### STATEMENT OF GROUNDS

1. Plaintiff has created a PACER account but is currently restricted from filing electronically until granted permission by this Court.
2. Electronic filing would increase the efficiency, accessibility, and speed of the proceedings.
3. Plaintiff consents to receive electronic notices and orders from the Court.

### PRAYER FOR RELIEF

Plaintiff respectfully requests the Court grant leave to electronically file all future documents related to this case.

**Respectfully submitted,**
**Date**: October 7, 2025
**Haden Christian Yonce (Pro Se Plaintiff)**
12144 Turning Branch Cir, Glen Allen VA 23059
(804) 385-8375 | hadenyonce.design@gmail.com
**Evidence Source**: https://lnkd.in/e7D4hHA5