IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HADEN CHRISTIAN YONCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-1244 (MN) |
| | ) |
| GOOGLE LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE

At Wilmington, this 3rd day of February 2026;

WHEREAS, on October 9, 2025, pro se Plaintiff Haden Christian Yonce ("Plaintiff") filed a two-page Complaint alleging Patent Infringement, Breach of Fiduciary Duty, and Fraud ("Complaint") against Defendants OpenAI, LP, Anthropic PBC, Microsoft Corporation, Google LLC, Meta Platforms, Inc. and X.AI Corp. (collectively, "Defendants") (D.I. 1);

WHEREAS, Plaintiff has paid the filing fee and, as such, is responsible for service of the Complaint;

WHEREAS, on October 9, 2025, Plaintiff signed an Acknowledgement of Rule 4 which states "I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure and understand that it is my responsibility to make service of process on defendants in accordance with this rule" (D.I. 1-3);

WHEREAS, the Court provided blank summons forms to Plaintiff on October 9, 2025 (*See* 10/9/2025 Remark);

WHEREAS, there is no indication on the Court docket that Plaintiff has requested summonses or that summonses have been issued;

WHEREAS, Rule 4(m) of the Federal Rules of Civil Procedure ("Rule 4(m)") requires Plaintiff to serve Defendants within 90 days after the complaint is filed;

WHEREAS, more than 90 days have elapsed since the filing of the Complaint;

WHEREAS, there is no indication on the docket that Defendants have been served or that they have waived service pursuant to Rule 4(d) of the Federal Rules of Civil Procedure; and

WHEREAS, Rule 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

THEREFORE, IT IS HEREBY ORDERED that, on or before February 24, 2026, Plaintiff shall:

1. File a return of service (or an executed waiver of service) indicating that service on each Defendant was made within the 90 days prescribed by Rule 4(m); or

2. Show good cause for (a) the failure to serve Defendants and (b) why the Court should extend the deadline for service (and for how long).

_____
The Honorable Maryellen Noreika
United States District Judge