IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HADEN CHRISTIAN YONCE,                )
                                      )
                Plaintiff,            )
                                      )
        v.                            )    C.A. No. 25-1244 (MN)
                                      )
GOOGLE LLC, et al.,                   )
                                      )
                Defendants.           )

## ORDER

At Wilmington, this 8th day of April 2026,

WHEREAS, on October 9, 2025, pro se Plaintiff Haden Christian Yonce ("Plaintiff") filed a two-page Complaint alleging Patent Infringement, Breach of Fiduciary Duty, and Fraud ("the Complaint") against Defendants OpenAI, LP, Anthropic PBC, Microsoft Corporation, Google LLC, Meta Platforms, Inc. and X.AI Corp. (collectively, "Defendants") (D.I. 1);

WHEREAS, Plaintiff paid the filing fee and, as such, was responsible for service of the Complaint;

WHEREAS, on February 3, 2026, Plaintiff having not filed any summonses returned executed or executed waivers of service evidencing service on the Defendants within 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, the Court issued an Order to Show Cause directing Plaintiff to show cause on or before February 24, 2026 for why this case should not be dismissed for failure to serve (D.I. 28);

WHEREAS, the deadline has passed and although Plaintiff has submitted several additional filings[1] since the issuance of the Order to Show Cause, he has not responded to the Order to Show Cause;

WHEREAS, pursuant to Rule 4(m):

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—**must dismiss the action without prejudice** against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period

(emphasis added); and

WHEREAS, Plaintiff was given notice and an opportunity to show cause and has failed to do so.

THEREFORE, IT IS HEREBY ORDERED that the case is DISMISSED without prejudice for failure to serve process pursuant to Fed. R. Civ. P. 4(m).  All pending motions are DENIED AS MOOT.  (D.I. 3, 4, 8, 9, 10, 11, 12, 13, 14, 22, 29, 30).  The Clerk of Court is directed to CLOSE this case.

The Honorable Maryellen Noreika
United States District Judge

---

[1]     On February 18, 2026, Plaintiff filed a 424-page Emergency Motion to: (1) Add Five New Defendants, (2) Charge Honorable Maryellen Noreika with Treason Pursuant to 18 U.S.C. § 2381 and Seek Death Penalty, (3) Compel Immediate Ruling on All Pending Motions, (4) transfer Case to the Supreme Court Original Jurisdiction (D.I. 29) and on February 24, 2026, a 51-page Supplemental Notice of Ongoing Treason and Witness Tampering in the Commonwealth of Virginia and Emergency Motion to Add State-Level Co-Conspirators as Defendants (D.I. 30).  On March 9, 2026, Plaintiff filed a 573-page Appendix (D.I. 32) and on March 17, 2026, he filed a Notice of Appeal (D.I. 33).  On April 8, 2026, the Third Circuit Court of Appeals dismissed the appeal for lack of jurisdiction.  (D.I. 36).